**DISMISS and Opinion Filed May 17, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00758-CV

## IN THE INTEREST OF A.M. AND G.M., CHILDREN

### On Appeal from the 196th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 84922

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Goldstein, and Justice Smith
Opinion by Chief Justice Burns

We **REINSTATE** this appeal.

On October 8, 2020, we abated this appeal after being notified that appellee had filed a petition for bankruptcy. *See* TEX. R. APP. P. 8.2. Before the Court is appellant's motion to dismiss the appeal wherein she informs the Court that the bankruptcy proceeding has concluded. We grant the motion and dismiss the appeal. *See id*. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200758F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

IN THE INTEREST OF A.M. AND
G.M., CHILDREN

No. 05-20-00758-CV

On Appeal from the 196th Judicial
District Court, Hunt County, Texas
Trial Court Cause No. 84922.
Opinion delivered by Chief Justice
Burns. Justices Goldstein and Smith
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Thomas Andrew Miller recover his costs of this appeal from appellant Danette Gerth.

Judgment entered May 17, 2021